No. 2474. — Gandía, apdo., *v.* Porto Rico Fertilizer Co., aplte.—C. D. San Juan, Sección 1ª. Enero 22, 1926. A la moción de la demandada-apelante solicitando la devolución del depósito de $300, consignado en la secretaría de esta corte como fianza de costas de este caso en marzo 27, 1925, se declara con lugar y el secretario procederá a entregar dicho depósito a la peticionaria después de descontar la suma de $70 por costas concedidas al demandante por la Corte de Circuito de Apelaciones para el Primer Circuito de los Estados Unidos, de acuerdo con su mandato de noviembre 27, 1925 y certificación del secretario de dicha corte de diciembre 2, 1925; y se deja sin efecto la resolución de esta corte dictada en este caso en diciembre 8, 1925, enviada a la Corte de Distrito de San Juan en 9 de diciembre, 1925, para el cobro de dichas costas, debiendo dejarse la debida constancia sobre este particular en los autos.

No. 3828. — Portilla et al., apltes., *v.* Portilla et al., apdos.—C. D. San Juan. Nulidad de actuaciones judiciales. Enero 22, 1926. Moción sobre desestimación de apelación. Examinada la moción y las certificaciones que se acompañan y apareciendo que el pleito fué establecido contra varios demandados pidiendo la nulidad de ciertas actuaciones en una administración judicial, y habiéndose hecho la notificación del escrito de apelación solamente a uno de los demandados sin que se hiciera a los demás que pueden ser perjudicados o beneficiados por el resultado de la apelación, de conformidad con la ley y la jurisprudencia aplicable, se desestima el recurso.